MORGAN STANLEY MORTGAGE LOAN TRUST 2006-13ARX, by U.S. Bank National Association, as Trustee, Respondent, v MORGAN STANLEY MORTGAGE CAPITAL HOLDINGS LLC, as Successor in Interest to MORGAN STANLEY MORTGAGE CAPITAL, INC., Appellant.

Submitted February 21, 2017; decided March 23, 2017

Motion by Securities Industry and Financial Markets Association for leave to file a letter brief amicus curiae on the appeal herein granted and the proposed letter brief is accepted as filed.

Chief Judge DIFIORE and Judge GARCIA taking no part.

SARA MYERS et al., Plaintiffs, and ERIC A. SEIFF et al., Appellants, v ERIC SCHNEIDERMAN, in His Official Capacity as Attorney General of the State of New York, Respondent, et al., Defendants.

Submitted February 21, 2017; decided March 23, 2017

Motion by New York Civil Liberties Union for leave to appear amicus curiae on the appeal herein granted only to the extent that the proposed brief is accepted as filed. Two copies of the brief must be served and an original and nine copies filed within seven days.

Chief Judge DIFIORE taking no part.